**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-7578**

———————————

TYRONE JOHNSON,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee,

and

MEDICAL FACILITY, FEDERAL CORRECTIONAL IN-
STITUTION, BUTNER, N.C. (Med. High); WARDEN,
FEDERAL CORRECTIONAL INSTITUTION, BUTNER, N.C.
(Med. High),

Defendants.

———————————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CA-01-81-5-H)

———————————

Submitted: February 14, 2002      Decided: February 22, 2002

———————————

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Tyrone Johnson, Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tyrone Johnson appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  Johnson v. United States, No. CA-01-81-5-H (E.D.N.C. Aug. 28, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED